ACCEPTED
041400483cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/5/2015 9:44:49 AM
KEITH HOTTLE
CLERK

# *LAW OFFICES OF*
# *GLENN J. DEADMAN, P.C.*

509 South Main Avenue
San Antonio, Texas 78204

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

01/5/2015 9:44:49 AM

KEITH E. HOTTLE
Clerk

Glenn J. Deadman, Attorney at Law
Gary Peters, Legal Assistant
Jessica Ochoa, Legal Assistant

E-mail – gjdeadman@aol.com
Telephone – 210.472.3900
Facsimile – 210.472.3901

January 05, 2015

Atascosa County District Clerk
Atascosa County Courthouse
#1 Courthouse Circle Dr., #4-B
Jourdanton, TX 78026
*via mail*

Bandera County District Clerk
Bandera County Justice Center
P.O. Box 2688
Bandera, TX 78003-2688
*via fax: (830) 796-8499*

Bandera County Clerk
P.O. Box 823
Bandera, TX 78003
*via fax (830) 796-8323*

Bankruptcy Court
615 E. Houston Street
San Antonio, TX 78205

Bexar County District Clerk
101 W. Nueva, Ste. 217
San Antonio, TX 78205-3411

Bexar County Clerk
100 Dolorosa, #104
San Antonio, TX 78205
*via mail*

Civil Clerk
J.P. Court, Pct. 1
218 S. Laredo, 1st Floor
San Antonio, TX 78207
*via fax (210) 335-2780*

Civil Clerk
J.P. Court, Pct. 1, Pl 3
1313 SE Military Dr. #114
San Antonio, TX 78214
*via fax (210) 335-4501*

Civil Clerk
J.P. Court, Pct. 2
7723 Guilbeau Rd. #105
San Antonio, TX 78250
*via fax (210) 335-4801*

Civil Clerk
J.P. Court, Pct. 3
8918 Tesoro Dr., #300
San Antonio, TX 78217
*via fax (210) 335-4705*

Civil Clerk
J.P. Court, Pct. 4
27711 SE Loop 410 South, #200
San Antonio, TX 78222
*via fax (210) 335-4920*

Comal County District Clerk
150 N. Seguin Ave., Ste. 304
New Braunfels, TX 78130
*via fax (830) 608-2006*

Comal County Clerk
150 N. Seguin Ave., Ste. 101
New Braunfels, TX 78130
*via fax: (830) 620-3410*

Harris County District Clerk
P.O. Box 4651
Houston, TX 77210

Kendall County District Clerk
201 E. San Antonio Dr #201
Boerne, TX 78006-2027
*via fax (830) 249-1763*

Kendall County Clerk
201 E. San Antonio, Ste 127
Boerne, TX 78006
*via fax: (830) 249-3472*

Kerr County District Clerk
Kerr County Courthouse
700 Main Street
Kerrville, TX 78028
*via fax: (830) 792-2274*

Nueces County District Clerk
901 Leopard Street, Rm. 313
Corpus Christi, TX 78401
efile

Nueces County Clerk
P.O. Box 2627
Corpus Christi, TX 78403

Val Verde District Clerk
100 E. Broadway, 1st Floor
Del Rio, TX 78840
*via fax: (830) 724-7643*

| Wilson County District Clerk | U.S. District Clerk | Fourth Court of Appeals |
|---|---|---|
| P.O. Box 812 | Western District of Texas | Bexar County Justice Center |
| Floresville, TX 78114 | 655 E. CesarChavezBlvd | 300 Dolorosa, Ste 300 |
| | RmG65 | San Antonio, TX 78205 |
| | San Antonio, TX 78206 | efile |

Re: Vacation Letter-Glenn J. Deadman, SB 00785559

Dear Sir/Madam,

Please be advised that I, Glenn J. Deadman, will be on vacation the following dates:

**Thursday, March 5, 2015 thorough Wednesday, March 18, 2014**

Please keep this information on file for future settings.

Thank you for your attention to the above.

Best Regards,

Glenn J. Deadman

cc: all opposing counsel

| | | | |
|---|---|---|---|
| Stephanie J. Bandoske | via fax (210) 299-0422 | Adam Campbell | via fax (972) 619-8835 |
| Roy Barrera III | via fax (210) 224-5890 | Thomas Ciarlone, Jr. | via fax (210) 870-2626 |
| Joe Basham | via fax (512) 708-0519 | J. Mitchell Clark | via fax (361) 882-4500 |
| Michael Baucum | via fax (210) 349-3523 | Thomas Clark | via fax (210) 348-7946 |
| Doug Becker | via fax (210) 482-3564 | Scott Cline | via fax (210) 525-0666 |
| Christopher Below | via fax (210) 404-1310 | Matthew Countrymen | via fax (210) 804-2339 |
| James Bettersworth | via fax (830) 626-1414 | Ben A. Culpepper | via fax (210) 496-7232 |
| Brent Biggs | via fax (210) 881-0668 | David Cunnigham | via fax (210) 822-0916 |
| David Bosworth | via fax (210) 805-9882 | Jeanie Cupit | via fax (210) 223-8817 |
| Philip Bozzo | via fax (210) 224-8034 | John Curney | via fax (210) 377-1065 |
| Eddie Bravenec | via fax (210) 223-2449 | Robert Dabaghian | via fax (210) 366-4791 |
| George Brin | via fax (210) 341-1854 | Joe Davis | via fax (210) 331-9387 |
| John Paul Brogan | via fax (210) 733-7889 | Etta Davidson | via fax (713) 956-9695 |
| Travis Brown | via fax (512) 708-0519 | Catherine Dickinson | via fax (855) 246-7729 |
| Charles Bunk | via fax (210) 212-8203 | Dennis Drouillard | via fax (210) 299-7780 |
| Alfonso Cabanas | via fax (210) 853-0229 | William Edwards | via fax (361) 698-7614 |

Lee Elms — via fax (210) 349-8805
Richard W. Espey — via fax (210) 404-0336
Stephen R. Fogle — via fax (210) 242-4605
David Foster — via fax (512) 305-4800
Dinah Gaines — via email- dinah.gaines@bexar.org
John Garcia Pro Se — via mail: P.O.Box 2185 San Antonio,TX 78298
Ben Golden — via fax (210) 495-0997
Shawn C. Golden — via fax (210) 224-5890
Chris Grandinetti — via fax (512) 477-2610
David C. Gregorcky — via fax (210) 293-8733
Grant Groly — via fax (713) 225-0844
Kenneth Grubbs — via fax (210) 499-4587
Gay Gueringer — via fax (210) 220-1088
Sue Hall — via fax (210) 224-5657
Thomas S. Harmon — via fax (210) 349-8805
David A. Harris — via fax (210) 224-5890
Jack Hawthorne — via fax (210)525-0666
John D. Herberger — via fax (281) 920-4711
W. Jerry Hoover — via fax (713) 622-0676
Kathleen Hurren — via fax (210) 341-6939
Nicole Jackson — via fax (210) 598-8797
Steve Javandoost — via fax (877) 492-5185
Tom Joseph — via fax (210) 828-2363
Thomas Kemmy — via fax (210) 736-9025
Steve Kennedy — via fax (214) 954-6868
Nathan Keterling — via fax (210) 354-4034
Danny Kustoff — via fax (210) 614-9464
John Lane — via fax (210) 804-2339
Jennifer Kay Loftin — via fax (361) 884-7261
Ray Lopez — via fax (210) 585-2230
Ralph Lopez — via fax (210) 354-4034
M. Patrick Maguire — via fax (830) 895-2594
Rowland J. Martin Jr. Pro Se — via mail:951Lombrano SA, TX 78207
Syl Mauro — via fax (210) 496-7232
Marshall May — via fax (469) 718-0539
Frederick McGuire — via fax (936) 336-9829
Kent McMillian — via fax (512) 447-0746
Michael McQueen — via fax (915) 546-5360
H. Clay Moore — via fax (713) 523-0140
Jaay Neal — via fax (210) 354-2602
Michael G. Panzarella — via fax (210) 477-2226

E. Chevo Pastrano — via fax (832) 218-7114
Amy Perkins — via fax (210) 226-4502
Adam Poncio — via fax (210) 212-5880
Todd Prins — via fax (210) 820-0929
Nancy Ratchford — via fax (210) 472-4649
Robert Ritter — via fax (210) 732-2458
James Rosenblatt — via fax (210) 562-2929
Robert A. Rosenthal — via fax (210) 354-4034
Adam Sabrin — via fax (210) 587-2460
Stephen B. Schulte — via fax (830) 715-9292
Joseph Schulter — via fax (210) 870-1539
Teo Seger — via fax (210) 224-7540
Brad Sklencar — via fax (210) 212-5698
Jeremy Sloan — via fax (210) 343-5000
Ronald J. Shaw — via fax (210) 366-0805
Bennett L. Stahl — via fax (210) 226-1691
Peter Stanton — via fax (210) 472-0515
Don Stecker — via fax (210) 226-4308
Marcelina Teveni — via fax (210) 226-4486
Pamela Thompson — via fax (210) 735-1362
Steve Treu — via fax (210) 735-6889
Deborah Trejo — via fax (512) 320-5431
James Veale — via fax (210) 341-1854
Thomas J. Walthall — via fax (210) 733-5538
Alex Weatherford — via fax (281) 200-0751
Frank Weathered — via fax (361) 883-1599
Christopher Weber — via fax (830) 981-9160
Deanna Whitley — via fax (210) 224-0075